1

2

3

4                            UNITED STATES DISTRICT COURT

5                            EASTERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,            No. 2:16-cr-00072-GEB

8                  Plaintiff,

9         v.                             **NON RELATED CASE ORDER**

10   SHERRELL DAVIS,

11                 Defendant.

12   _____

13   UNITED STATES OF AMERICA,

                   Plaintiff,
14
          v.
15                                        No. 2:17-cr-00039-JAM
     DIONNA J. BRADSHAW, and
16   PORSHA D. DICKENS,

17                 Defendants.

18

19

20          On March 3, 2017, the United States of America filed a

21   "Notice of Related Cases" in which it states in pertinent part

22   "that there may be some savings of judicial effort by relating

     these cases before the same . . . judge, but it does not appear
23
     that   those   savings   will   be   'substantial'   or   eliminate
24
     'substantial duplication of labor' within the meaning of Local
25
     Rule 123.  For that reason, the government is not suggesting or
26
     requesting that either action be reassigned at this time." Since
27
     it has not been shown that these cases should be related at this
28
                                      1

time, the cases are not related.

Dated:  March 10, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge