UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 09, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
ak

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIONNA J. BRADSHAW,

    Defendant.

Case No. 2:17-cr-00039-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DIONNA J. BRADSHAW ,

Case No.  2:17-cr-00039-JAM  from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $   .

__X__   Unsecured Appearance Bond $   25,000, cosigned by Darrell Bradshaw

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Pretrial Services Conditions

Issued at Sacramento, California on March 09, 2017 at  2:10 pm

By:  _(signature)_

Magistrate Judge Carolyn K. Delaney