HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
DIONNA BRADSHAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-00039-JAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITION OF PRETRIAL SUPERVISION |
| v. | ) ) | |
| DIONNA BRADSHAW, | ) | Judge:  Hon. Carolyn K. Delaney |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Dionna Bradshaw, through their respective attorneys, that the conditions of pretrial supervision imposed on Ms. Bradshaw on March 9, 2017 will be modified to add the following bolded language to Condition 4:

    4. You must restrict your travel to the Eastern District of California **and the Northern District of California** unless otherwise approved in advance by your Pretrial Services Officer.

The proposed modification is being requested by Pretrial Services Officer, Taifa Gaskins.

///

///

///

///

All other conditions shall remain in force.

DATED: March 10, 2017  HEATHER E. WILLIAMS
Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for DIONNA BRADSHAW

DATED: March 10, 2017  PHILLIP A. TALBERT
United States Attorney

*/s/ Christopher Hales*
CHRISTOPHER HALES
Assistant U.S. Attorney

# **O R D E R**

The conditions of pretrial supervision imposed on Ms. Bradshaw on March 9, 2017 will be modified to add the following bolded language to Condition #4:

4. You must restrict your travel to the Eastern District of California **and the Northern District of California** unless otherwise approved in advance by your Pretrial Services Officer.

All other conditions shall remain in force.

Dated:  March 14, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE