1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MIA CRAGER, #300172
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Telephone: (916) 498-5700

5    Attorneys for Defendant
     DIONNA BRADSHAW
6

7
                      UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,        )   No. 2:17-cr-00039-JAM
                                      )
11          Plaintiff,                )   STIPULATION AND ORDER TO CONTINUE
                                      )   STATUS CONFERENCE
12      v.                            )
                                      )   Date:   April 11, 2017
13   DIONNA BRADSHAW,                 )   Time:   9:15 a.m.
                                      )   Judge:  Hon. John A. Mendez
14          Defendants.               )
                                      )
15   _____ )

16

17        The parties, through undersigned counsel, hereby jointly stipulate and request that the

18   status conference currently scheduled for April 11, 2017, be continued to May 16, 2017 at 9:15

19   a.m.

20        The parties agree and stipulate, and request that the Court find the following:

21   Co-defendant Porsha Dickens was just arraigned on April 3, 2017.  The government has

22   represented that the discovery associated with this case includes approximately 20,000 pages,

23   including a substantial amount of tax-related information; discovery has been produced to

24   counsel for Dionna Bradshaw, and will shortly be produced to counsel for Porsha Dickens.

25   Defense counsel need additional time to receive and review the discovery with their clients and

26   prepare an investigation of the facts in this case.  Counsel for defendants believe that failure to

27   grant the above-requested continuance would deny counsel the reasonable time necessary for

28   effective preparation, taking into account the exercise of due diligence.

                                        -1-

1         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

2    excluded from this order's date through and including May 16, 2017,  pursuant to 18 U.S.C.

3    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

4    based upon continuity of counsel and defense preparation.  Nothing in this stipulation and order

5    shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

6    periods are excludable from the period within which a trial must commence.

7         Counsel and the defendants also agree that the ends of justice served by the Court

8    granting this continuance outweigh the best interests of the public and the defendant in a speedy

9    trial.

10                            Respectfully submitted,

11

12   Dated: April 4, 2017                  HEATHER E. WILLIAMS
                              Federal Defender

13                            /s/ *Mia Crager*

14                            MIA CRAGER
                              Assistant Federal Defender
                              Attorney for Defendant

15                            DIONNA BRADSHAW

16

17                            */s/ Tasha Chalfant*

18                            TASHA CHALFANT
                              Attorney for co-defendant

19                            PORSHA DICKENS

20   Dated: April 4, 2017

21                            PHILLIP A. TALBERT
                              United States Attorney

22                            */s/ Christopher Hales*
                              CHRISTOPHER HALES

23                            Assistant U.S. Attorney
                              Attorney for Plaintiff

24

25

26

27

28

1

**ORDER**

2       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8       The Court orders the time from the date the parties stipulated, up to and including May

9   16, 2017, shall be excluded from computation of time within which the trial of this case must be

10  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11  [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further

12  ordered the April 11, 2017 status conference shall be continued until May 16, 2017, at 9:15 a.m.

13

14  Dated:  April 4, 2017                                    /s/ John A. Mendez_____
                                                             Hon. John A. Mendez
15                                                           United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28