HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DIONNA BRADSHAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-00039-JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITION OF PRETRIAL SUPERVISION |
| v. | |
| DIONNA BRADSHAW, | Judge: Hon. Carolyn K. Delaney |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Dionna Bradshaw, through their respective attorneys, that the conditions of pretrial supervision imposed on Ms. Bradshaw on March 9, 2017 will be modified to add the following condition:

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

The proposed modification is being requested by Pretrial Services Officer, Taifa Gaskins.

///

///

///

-1-

All other conditions shall remain in force.

DATED: May 8, 2017                    HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ Mia Crager*
                                      MIA CRAGER
                                      Assistant Federal Defender
                                      Attorney for DIONNA BRADSHAW

DATED: May 8, 2017                    PHILLIP A. TALBERT
                                      United States Attorney

                                      */s/ Christopher Hales*
                                      CHRISTOPHER HALES
                                      Assistant U.S. Attorney

**O R D E R**

The conditions of pretrial supervision imposed on Ms. Bradshaw on March 9, 2017 shall be modified to add the following condition:

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions shall remain in force.

Dated: May 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE