PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>               v.<br><br>DIONNA BRADSHAW, and<br>PORSHA DICKENS<br><br>                                Defendants. | CASE NO. 2:17-CR-00039-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 25, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on July 25, 2017.

2. By this stipulation, defendants now move to continue the status conference until October 10, 2017 at 9:15 a.m., and to exclude time between July 25, 2017, and October 10, 2017 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 25,000 pages, much of it consisting of voluminous tax records and bank records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time in particular in order to continue reviewing and analyzing the extensive discovery in this case, as well as to conduct investigation

and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 25, 2017 to October 10, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: July 20, 2017          PHILLIP A. TALBERT
                  United States Attorney

                  /s/ CHRISTOPHER S. HALES
                  CHRISTOPHER S. HALES
                  Assistant United States Attorney

Dated: July 20, 2017          HEATHER E. WILLIAMS
                  Federal Defender

                  /s/ MIA CRAGER

MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
DIONNA BRADSHAW

Dated: July 20, 2017

/s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
PORSHA DICKENS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of July, 2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE