| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | DIONNA BRADSHAW |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-00039-JAM |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date: December 12, 2017 |
| DIONNA BRADSHAW, | ) ) | Time: 9:15 a.m. |
| Defendants. | ) ) | Judge: Hon. John A. Mendez |

The parties, through undersigned counsel, hereby jointly stipulate and request that the status conference currently scheduled for December 12, 2017, be continued to January 23, 2018 at 9:15 a.m.

The parties agree and stipulate, and request that the Court find the following: Defense counsel need additional time to review the discovery with their client, discuss potential resolutions, and continue investigation of the facts in this case. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 23, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. Nothing in this stipulation and order

-1-

shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: December 8, 2017

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
DIONNA BRADSHAW

/s/ *Tasha Chalfant*
TASHA CHALFANT
Attorney for co-defendant
PORSHA DICKENS

Dated: December 8, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *Christopher Hales*
CHRISTOPHER HALES
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 23, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 12, 2017 status conference shall be continued until January 23, 2018, at 9:15 a.m.

Dated: December 11, 2017         /s/ John A. Mendez_____
                                 Hon. John A. Mendez
                                 United States District Court Judge